IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHANE PRICE,** **PLAINTIFF**
**ADC #162980**

v.  Case No. 3:22-cv-00276-KGB

**DEXTER PAYNE,** **DEFENDANTS**
**Deputy Director, Arkansas**
**Division of Correction,** *et al.*

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No party has filed objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice plaintiff Shane Price's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 6th day of March, 2023.

_____
Kristine G. Baker
United States District Judge