IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHANE PRICE,**                                                                                          **PLAINTIFF**
**ADC #162980**

v.                                          Case No. 3:22-cv-00276-KGB

**DEXTER PAYNE,**                                                                     **DEFENDANTS**
**Deputy Director, Arkansas**
**Division of Correction,** *et al.*

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Shane Price's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 6th day of March, 2023.

                                                                                    Kristine G. Baker
                                                                                    United States District Judge